The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREDERIC J. ELLIOTT, On Behalf of Himself and All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>v.<br><br>DRUGSTORE.COM, INC., KAL RAMAN, ROBERT BARTON, and SRIDAR IYER,<br>                           Defendants. | No. CV 4-1474 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by the parties to the above action, through their respective attorneys, that this cause, including all claims, counterclaims and cross-claims which were or could have been asserted by any party, including appeals and cross-appeals, is dismissed with prejudice and all parties will bear their own costs.

Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

Dated: November ____, 2005   By: _____
                                            Lynn Lincoln Sarko WSBA #16569
                                            Juli Farris Desper WSBA #17593
                                            1201 Third Avenue, Suite 3200
                                            Seattle, WA  98101
                                            Phone: (206) 623-1900
                                            Fax: (206) 623-3384
                                                  **Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Thomas W. Grammer
Michael K. Yarnoff
280 King of Prussia Road
Radner, PA  19087
Phone:  (610) 667-7706
Fax:  (610) 667-7056

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ, LLP**
Francis M. Gregorek
Rachele R. Rickert
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
Phone:  (619) 239-4599
Fax:  (619) 234-4599

**Co-Lead Counsel**

**WILSON SONSINI GOODRICH & ROSATI**

Dated: November \_\_\_\_\_, 2005        By: _____
Barry M. Kaplan  WSBA #8661
Douglas W. Greene  WSBA #22844
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Phone:  (206) 883-2500
Fax:  (206) 883-2699

James G. Kreissman
Simona G. Strauss
**SIMPSON THACHER & BARTLETT LLP**
3330 Hillview Avenue
Palo Alto, CA  94304
Phone:  (650) 251-5000
Fax:  (650) 251-5002

**Counsel for Defendants**

## **ORDER OF DISMISSAL**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-entitled cause be and it is hereby dismissed with prejudice and without costs.

Dated this 18th day of November, 2005.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE